

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-1-2012

# Mario Mendoza v. USA

Precedential or Non-Precedential: Precedential

Docket No. 11-3958

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Mario Mendoza v. USA" (2012). *2012 Decisions.* Paper 504.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/504

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

July 17, 2012

No. 11-3958

MARIO MENDOZA, Appellant

v.

UNITED STATES OF AMERICA

(D.N.J. D.C. No. 3:11-cv-03540)

Present:  AMBRO, VANASKIE and ALDISERT, <u>Circuit Judges</u>.

1.  Motion by Appellee to Publish Opinion dated June 28, 2012.

Respectfully,
Clerk/tyw/tmm

_____ORDER_____

Appellee's motion to publish opinion dated June 28, 2012, is hereby GRANTED.
The designation of the opinion as precedential does not alter the judgment previously
entered or the original filing date.

By the Court,

<u>/s/ Aldisert</u>
Circuit Judge

Dated:        August 1, 2012
tyw/cc:       Thomas R. Ashley, Esq.
              Mark E. Coyne, Esq.
              Norman Gross, Esq.